UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 05 B 48113
   LARRY L LITTLE
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-4742
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/11/05 and confirmed on 01/11/06.

2. The case was converted to Chapter 7 after confirmation, 12/20/2007.

3. The Debtor paid a total of $ 21034.96 .

4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | 19075.00 | 3152.74 | 12704.70 |
| CEFCU | SECURED VEHIC | 1626.44 | 451.90 | 1626.44 |
| CAPITAL ONE BANK | UNSECURED | 234.63 | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| DENTALCARE PARTNERS INC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1035.01 | .00 | .00 |
| AFNI | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 2191.08 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1909.51 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3013.92 | .00 | .00 |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 8003.15 | .00 | .00 |
| USAA FEDERAL SAVINGS BAN | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | UNSECURED | 3721.99 | .00 | .00 |

Summary of disbursements:

---

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 20701.44 | .00 | 20109.29 | .00 | 40810.73 |
| PRINCIPAL PAID | 14331.14 | .00 | .00 | .00 | 14331.14 |
| INTEREST PAID | 3604.64 | .00 | .00 | .00 | 3604.64 |
| TOTAL PAID | 17935.78 | .00 | .00 | .00 | 17935.78 |

The Debtor's attorney, JOHN C DENT                    , was allowed $  2700.00 and was paid $   400.00  direct and $  2300.00  through the plan.

The Trustee received $    799.18 .

Refunds to the Debtor totaled $        .00 .

Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 03/12/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```